**UNTIED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Twin City Bricklayers
Fringe Benefit Funds,

Plaintiffs,

Civil File No. 00-1244 DSD/JMM

**SATISFACTION OF JUDGMENT**

vs.

Rich Frikken Masonry, Inc., a Minnesota corporation;
and Richard Frikken,

Defendants.

---

The Judgment in the above entitled action, rendered in the United States District Court, District of Minnesota on the 14th day of August, 2000, for $260.00 in favor of the Trustees of the Twin City Bricklayers Fringe Benefit Funds, the Plaintiffs above-named, and against Rich Frikken Masonry, Inc., a Minnesota corporation; and Richard Frikken, the Defendants above-named, is paid and satisfied in full; and the Clerk of Court shall record the same.

s/ Stephen C. Kelly
Stephen C. Kelly, Esq.
Attorney for Plaintiffs
ROSENE, HAUGRUD & STAAB, CHARTERED
400 Robert Street North, Suite 1800
St. Paul, MN 55101
(651) 227-6621
Attorney Registration No. 239203

Subscribed and sworn to before me
This 29th day of May, 2008.

s/ Rachel M. Harnly
Notary Public

F:\Labor\6000_6080 Bricklayers\6040.00 Delinquency\Frikken_Satisfaction of Judgment.doc