# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers
Fringe Benefit Funds,

Civil File No. 00-1244 DSD/JMM

Plaintiffs,

vs.

## CERTIFICATE OF SERVICE

Rich Frikken Masonry, Inc., a Minnesota corporation;
and Richard Frikken,

Defendants.

I hereby certify that on May 29, 2008, I caused the following document:

Satisfaction of Judgment,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Andrew E. Staab | aes@rhschtd.com |
| Stephen Kelly | skelly@rhschtd.com |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Rich Frikken Masonry, Inc.<br>1055 Front Street<br>St. Paul, MN 55103 | Mr. Richard Frikken<br>1055 Front Street<br>St. Paul, MN 55103 |

Dated: May 29, 2008

s/ Stephen C. Kelly
Stephen C. Kelly

F:\Labor\6000_6080 Bricklayers\6040.00 Delinquency\Frikken_Certificate of Service.doc